388

PER CURIAM.

(No. 75-CC-735—

RICHARD C. DRUGER, D.D.S., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 10, 1975.*

RICHARD C. KRUGER, D.D.S., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.